INTERNATIONAL-MADISON BANK AND TRUST COMPANY v. EAGLE INDEMNITY

COMPANY and Another.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.